IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH SALTER,** | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 08-00131-CG-B |
| **MICHAEL J. ASTRUE,** | : |
| Defendant. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE